**Muhammad Jalal–Deem AKBAR, Appellant,**

v.

**Warden Brian JETT, Appellee.**

No. 11–1642.

United States Court of Appeals, Eighth Circuit.

Submitted: June 29, 2011.

Filed: July 5, 2011.

Muhammad Jalal–Deem Akbar, Rochester, MN, pro se.

David Gerald Wilhelm, Gregory G. Brooker, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Muhammad Jalal–Deem Akbar appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition for a writ of habeas corpus. Upon careful review, we conclude that Akbar was not entitled to habeas relief for the reasons

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, then United States Magistrate Judge for the District of Minnesota, now United States District Judge.

relied upon by the district court. *See Mitchell v. U.S. Parole Comm'n,* 538 F.3d 948, 951 (8th Cir.2008) (per curiam) (standard of review). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B. We also deny Akbar's motion for release and motion to expedite.